UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Thomas L. Attard

        v.                      Civil No. 06-cv-355-PB

Jean Benoit, et al


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

August 11, 2008                               /s/ Paul Barbadoro
                                                               Paul Barbadoro
                                                               United States District Judge


cc:      Paul McEachern, Esq.
          Martha Van Oot, Esq.